IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CAROLINE MASUE MUNEOKA**                                **PLAINTIFF(S)**

**VERSUS**                                **CIVIL ACTION NO. 1:00cv377GGu**

**GRAND CASINOS OF MISSISSIPPI, ET AL.**                                **DEFENDANT(S)**

### JUDGMENT OF DISMISSAL

This cause comes before the Court <u>sua sponte</u>, the parties previously having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous that this case be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this action be, and it is hereby dismissed with prejudice with each party to bear its own costs. By agreement of the parties, the Court hereby retains jurisdiction to enforce the settlement agreement, and if any party fails to consummate this settlement within twenty (20) days from the date of this order, any aggrieved party may reopen the case for enforcement of the settlement agreement within fifteen (15) days thereafter; and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

**SO ORDERED AND ADJUDGED** this the 17th day of July, 2006.

*S/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATE DISTRICT JUDGE

Case 1:00-cv-00377-LG-RHW   Document 399   Filed 07/17/06   Page 2 of 2